secure payment of the amount ordered to be paid in case of affirmance, within five days; in case undertaking not given within said period, motion denied. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

BARBARA SCHNATZ v. GEORGE J. SCHNATZ and Others.— Motion for stay granted upon defendants giving $2,000 additional security. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

THE CITY OF NEW YORK v. CONSOLIDATED TELEGRAPH AND ELECTRICAL SUBWAY COMPANY.— Motion granted and time extended to and including April 15, 1921. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

In the Matter of CHARLES J. STEINBERG, an Attorney.— Motion denied. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

In the Matter of MARSHALL N. THAYER, an Attorney.—Reference ordered to Hon. Henry A. Gildersleeve, official referee. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

JACOB FRIEDMAN, Respondent, v. HARRY B. DAVIS, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

BENNO FRIEDMAN, Respondent, v. HARRY B. DAVIS, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw the demurrer and to answer on payment of said costs and ten dollars costs at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

WILLY POGANY, Respondent, v. CHARLES FROHMAN, INC., and Another, Defendants, Impleaded with DAVID BELASCO, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

In the Matter of the Submission to Arbitration between MAX GOLDMUNTZ and Others, Individually and as Copartners, Doing Business under the Firm Name and Style of GOLDMUNTZ BROS., Respondents, v. ABRAHAM SUDEROV, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

IDA RUBELMAN, Respondent, v. ALTER RUBELMAN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

EMMA GUMBEL, Respondent, v. B. ALTMAN & Co., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.